Hattie Flint, appellant, v. Chicago City Railway Company et al., appellees. Gen. No. 32,807.

Opinion filed December 31, 1928.

Temple, Brown & Harewood, for appellant. George W. Miller and Arthur J. Donovan, for appellees; Frank L. Kriete and Warner H. Robinson, of counsel.

Mr. Justice Barnes delivered the opinion of the court.